

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-15-2010

# USA v. Luke Gatlin

Precedential or Non-Precedential: Precedential

Docket No. 09-2793

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Luke Gatlin" (2010). *2010 Decisions.* Paper 832.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/832

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

June 21, 2010

No. **09-2793**

UNITED STATES OF AMERICA

v.

LUKE GATLIN,

Appellant

(D.C. DE.  No. 06-cr-00028-001)

Present:      RENDELL, AMBRO and FUENTES,  Circuit Judges

Motion by Appellee, United States Of America, to Designate Opinion dated
June 15, 2010 as Precedential.

/s/Maria L. Reyes
Case Manager (267)299-4937

**Attached is the Opinion dated 06/15/2010.**

_____ **O R D E R** _____

The foregoing Motion by Appellee to Designate Opinion as Precedential is granted.  The
Court's Not Precedential Opinion of June 15, 2010, is hereby vacated.  A modified
Precedential Opinion will be filed forthwith.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: July 15, 2010

09-2793
USA v. Luke Gatlin
Page 2


DWB/cc:
Seth M. Beausang, Esq.
Ilana H. Eisenstein , Esq.
Robert D. Goldberg, Esq.